Jeffrey S. Allison, Esq. (NV Bar # 8949)
**HOUSER & ALLISON, APC**
3900 Paradise Road, Suite 101
Las Vegas, Nevada 89169
Phone: (702) 410-7593
Fax: (702) 410-7594
jallison@houser-law.com

Attorneys for Plaintiff OCWEN LOAN SERVICING, LLC

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC<br><br>Plaintiff,<br><br>v.<br><br>FAISSAL AHMEAD, an individual; CORPOLO AVENUE TRUST; TEAL PETALS STREET TRUST; RESOURCES GROUP, LLC, a domestic limited liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Domestic Non-Profit Coop Corporation; ALESSI & KOENIG, LLC, a Domestic Limited Liability Company; TRIANA HOMEOWNERS ASSOCIATION, a Domestic Non-Profit Corporation; REPUBLIC SILVER STATE DISPOSAL, INC., a Domestic Corporation; DOES I-X and ROES I-X Corporations;<br><br>Defendants. | Case No.: 2:16-CV-02653-APG-NJK<br><br>**MOTION AND [PROPOSED] ORDER TO SUBSTITUTE ATTORNEY** |

Notice is hereby given of the entry of the undersigned appearance as counsel for Plaintiff, Ocwen Loan Servicing, LLC, in the above-entitled action. Pursuant to FRCP 5, all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

-1-

Jeffrey S. Allison (NV Bar No. 8949)
HOUSER & ALLISON, APC
3900 Paradise Road, Suite 101
Las Vegas, Nevada 89169
Phone: (702) 410-7593
Fax: (702) 410-7594
jallison@houser-law.com

-and-

Jeffrey S. Allison (NV Bar No. 8949)
HOUSER & ALLISON, APC
9970 Research Drive
Irvine, California 92618
Phone: (949) 679-1111
Fax: (949) 679-1112
jallison@houser-law.com

Please be advised that Jeffrey S. Allison is the attorney for counsel of record HOUSER & ALLISON, APC in place of Mark H. Hutchings.

DATED: May 25, 2017            **HOUSER & ALLISON, APC**

                               */s/ Jeffrey S. Allison*
                               Jeffrey S. Allison (NV Bar # 8949)

                               Attorneys for Plaintiff
                               OCWEN LOAN SERVICING, LLC


**ORDER**


DATED: May 26, 2017            IT IS SO ORDERED.

                               _____
                               UNITED STATES MAGISTRATE JUDGE