# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, | Case No. 2:16-cv-02653-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| FAISSAL AHMEAD, et al. | (Docket Nos. 20, 21) |
| Defendant(s). | |

Pending before the Court are Plaintiff's motions to enlarge time to serve remaining defendants and to serve them by alternative means. Docket Nos. 20, 21. Plaintiff asks the Court for leave to file its proof of service for Defendant Ahmead. *E.g.*, *id.* at 20. Plaintiff further asks the Court for an extension of time to serve Defendants Corpolo Avenue Trust ("Corpolo"), Teal Petals Street Trust ("Teal Petals"), and Resources Group, LLC ("Resources Group"), and, either additionally or in the alternative, for leave to serve those three defendants by alternative means. *E.g.*, *id.* at 3. The Court finds these motions properly resolved without a hearing. *See* Local Rule 78-1. For the reasons discussed below, Plaintiff's motion to extend time, Docket No. 20, is hereby **GRANTED**. Plaintiff's motion for service by publication, Docket No. 21, is hereby **DENIED** without prejudice.

Where good cause is shown, the time for serving the complaint is extended for an appropriate period. *See* Fed. R. Civ. P. 4(m). Plaintiff submits that it has made diligent attempts to "serve the common believed agent for Resources Group and the two Trust Defendants at various updated

addresses," and that its efforts are continuing. Docket No. 20 at 5. Plaintiff also submits that it has managed to serve Defendant Ahmead and seeks leave to file proof of service. *Id.* The Court finds that Plaintiff's motion establishes sufficient cause to extend the time for effectuating service on Defendants Ahmead, Corpolo, Teal Petals, and Resources Group until August 21, 2017.

Additionally, the Court grants Plaintiff's request for leave to file its proof of service for Defendant Ahmead. Plaintiff shall file proof of service no later than July 3, 2017.

As the Court has granted Plaintiff's motion to enlarge the time for service on the remaining Defendants based partly on Plaintiff's representation that its efforts to locate updated addresses for service are continuing, the Court finds that Plaintiff's motion for service by alternative means is premature. Accordingly, the Court **DENIES** without prejudice Plaintiff's motion for service by alternative means. Docket No. 21.

IT IS SO ORDERED.

DATED: June 23, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge