# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

OCWEN LOAN SERVICING, LLC,

    Plaintiff(s),

v.

FAISSAL AHMEAD, et al.,

    Defendant(s).

Case No.: 2:16-cv-02653-APG-NJK

**ORDER**

[Docket No. 67]

Pending before the Court is Plaintiff's proposed scheduling order. Docket No. 67. Plaintiff represents that the only remaining matters in this case involve seeking default judgment and seeks three to four months to file such motion practice. *See id.* at 2. No explanation is provided why such an extraordinary period of time is required and, especially given that this case was filed more than three years ago, the Court will not allow the case to languish unnecessarily. Accordingly, the Court hereby **ORDERS** that motions for default judgment must be filed by January 9, 2020.[1]

IT IS SO ORDERED.

Dated: December 13, 2019

                                                Nancy J. Koppe
                                                United States Magistrate Judge

---

[1] The Court's general practice is to provide 14 days for the filing of a motion for default judgment, but is providing additional time here to account for the upcoming holidays. The Court is not inclined to extend this deadline.