# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, | Case No.: 2:16-cv-02653-APG-NJK |
| Plaintiff | **Order Denying Motions for Default Judgment** |
| v. | [ECF Nos. 71, 72] |
| CORPOLO AVENUE TRUST, et al., | |
| Defendants | |

Plaintiff Ocwen Loan Servicing, LLC moves for default judgment against defendants Faissal Ahmead and Teal Petals Street Trust. ECF Nos. 71, 72. However, Ocwen's motions contain no analysis of the relevant factors under *Eitel v. McCool*, 782 F.2d 1470, 1471 (9th Cir. 1986). I therefore deny the motions without prejudice to Ocwen refiling properly supported motions for default judgment.

I ORDER that plaintiff Ocwen Loan Servicing, LLC's motions for default judgment **(ECF Nos. 71, 72) are DENIED without prejudice**.

DATED this 13th day of January, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE