1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

OCWEN LOAN SERVICING, LLC,

          Plaintiff,

vs.

FAISSAL AHMEAD, an individual;
CORPOLO AVENUE TRUST; TEAL PETALS
STREET TRUST; RESOURCES GROUP, LLC
a domestic limited liability company;
SOUTHERN HIGHLANDS COMMUNITY
ASSOCIATION; a Domestic Non-Profit
Corporation; ALESSI & KOENIG, LLC, a
Domestic Limited Liability Company; TRIANA
HOMEOWNERS ASSOCIATION, a Domestic
Non-Profit Corporation; REPUBLIC SILVER
STATE DISPOSAL, INC., a Domestic
Corporation; DOES I-X and ROES I-X
Corporations;

          Defendants.

Case No.: 2:16-cv-02653-APG-NJK

**ORDER TO**
**EXTEND DEADLINE TO ANSWER**
**COUNTERCLAIM**

(First Request)

Plaintiffs, PHH Mortgage Corporation, successor by merger to Ocwen Loan Servicing,
LLC ("Plaintiff") and Defendant, Teal Petals Street Trust ("Defendant") hereby stipulate and agree
that Plaintiff shall have up and including August 15, 2022 to answer or otherwise respond to
Defendant's Counterclaim [ECF No. 80] (**Counterclaim**).  The additional time is necessary for
Plaintiff's new counsel to conduct necessary investigation into the relevant facts and issues in this
case and for parties to evaluate settlement in lieu of continuing litigation.  This stipulation is filed

1 | in good faith and not intended to cause undue delay or prejudice.  This is the parties' first request

2 | of an extension of time to respond to Defendant's Counterclaim.

3 |      **IT IS SO STIPULATED.**

4 | WRIGHT, FINLAY & ZAK, LLP          LAW OFFICES OF MICHAEL F.
5 |                                              BOHN, ESQ. LTD.

6

7 | */s/ Yanxiong Li*                       */s/ Michael F. Bohn*

Yanxiong Li, Esq.                         Michael F. Bohn, Esq.

8 | Nevada Bar No. 12807                   Nevada Bar No. 1641

     7785 W. Sahara Ave., Suite 200         2260 Corporate Circle, Suite 480

9 | Las Vegas, Nevada 89117             Henderson, Nevada 89074

     *Attorneys for Plaintiff, PHH Mortgage*     *Attorneys for Defendant, Teal Petals*

10 | *Corporation, successor by merger to Ocwen*   *Street Trust*

11 | *Loan Servicing, LLC*

12 |                                       **ORDER**

13

14 |      **IT IS SO ORDERED.**

15

16 |                              UNITED STATES MAGISTRATE JUDGE

17 |                        DATED: _____ July 20, 2022 _____

18

19

20

21

22

23

24

25

26

27

28