WRIGHT, FINLAY & ZAK, LLP
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
yli@wrightlegal.net
*Attorneys for Plaintiff, PHH Mortgage Corporation, successor by merger to Ocwen Loan Servicing, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FAISSAL AHMEAD, an individual; CORPOLO AVENUE TRUST; TEAL PETALS STREET TRUST; RESOURCES GROUP, LLC a domestic limited liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; a Domestic Non-Profit Corporation; ALESSI & KOENIG, LLC, a Domestic Limited Liability Company; TRIANA HOMEOWNERS ASSOCIATION, a Domestic Non-Profit Corporation; REPUBLIC SILVER STATE DISPOSAL, INC., a Domestic Corporation; DOES I-X and ROES I-X Corporations;<br><br>　　　　　　Defendants. | Case No.: 2:16-cv-02653-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSE TO NON-PARTY SCOLYMIA PROPERTIES, LLC'S MOTION TO INTERVENE**<br><br>(First Request) |

　　　Plaintiff, PHH Mortgage Corporation, successor by merger to Ocwen Loan Servicing, LLC (**Plaintiff**) and Non-party, SCOLYMIA PROPERTIES, LLC (**Scolymia**) hereby stipulate and agree that Plaintiff shall have up and including August 4, 2022 to respond to Scolymia's Motion to Intervene [ECF No. 92]. Plaintiff's current deadline to respond to said Motion is August 28, 2022. The additional time is necessary for Plaintiff's new counsel to conduct necessary investigation into the points and authorities raised in said Motion. This stipulation is filed in good

1  faith and not intended to cause undue delay or prejudice.  This is the parties' first request of an
2  extension of time to respond to Scolymia's Motion to Intervene.
3      **IT IS SO STIPULATED.**
4  WRIGHT, FINLAY & ZAK, LLP        THE BALL LAW GROUP

*/s/ Yanxiong Li*          */s/ Zachary T. Ball*
Yanxiong Li, Esq.        Zachary T. Ball, Esq.
Nevada Bar No. 12807        Nevada Bar No. 8364
7785 W. Sahara Ave., Suite 200        1935 Village Center Circle, Suite 120
Las Vegas, Nevada 89117        Las Vegas, Nevada 89134
*Attorneys for Plaintiff, PHH Mortgage Corporation, successor by merger to Ocwen Loan Servicing, LLC*        Attorney for *Non-party, Scolymia Properties, LLC*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 27, 2022