# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, | Case No.: 2:16-cv-02653-APG-NJK |
| Plaintiff | **Order Directing Entry of Final Judgment** |
| v. | |
| CORPOLO AVENUE TRUST, et al., | |
| Defendants | |

In light of plaintiff Ocwen Loan Servicing, LLC voluntarily dismissing its claims against the last remaining defendant (ECF No. 136),

I ORDER the clerk of court to enter final judgment consistent with my order at ECF No. 135, and to close this case.

DATED this 11th day of October, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE