**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC,<br><br>             Plaintiff,<br><br>vs.<br><br>FAISSAL AHMEAD, an individual; CORPOLO AVENUE TRUST; TEAL PETALS STREET TRUST; RESOURCES GROUP, LLC a domestic limited liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; a Domestic Non-Profit Corporation; ALESSI & KOENIG, LLC, a Domestic Limited Liability Company; TRIANA HOMEOWNERS ASSOCIATION, a Domestic Non-Profit Corporation; REPUBLIC SILVER STATE DISPOSAL, INC., a Domestic Corporation; DOES I-X and ROES I-X Corporations;<br><br>             Defendants.<br><br>TEAL PETALS STREET TRUST,<br><br>             Counterclaimant,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>             Counterdefendant. | Case No.: 2:16-cv-02653-APG-NJK<br><br>**ORDER GRANTING**<br>**MOTION TO REMOVE COUNSEL**<br>**FROM CM/ECF SERVICE LIST** |

**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST**

Stephanie A. Garabedian, Esq. ("Ms. Garabedian"), of the law firm of WRIGHT, FINLAY & ZAK, LLP ("WFZ"), counsel of record for Plaintiff/Counterdefendant, Ocwen Loan Servicing, LLC, requests removal of attorney Hugo E. Hernandez-Diaz, Esq., from the CM/ECF Service List in the above-captioned matter. This matter has been reassigned within WFZ and Ms. Garabedian will be responsible for the day-to-day handling of this case, while Hugo E. Hernandez-Diaz, Esq. will not be involved in any capacity going forward.

Ms. Garabedian is on the CM/ECF Service List and will continue to receive CM/ECF notices. As a result, it is no longer necessary that Hugo E. Hernandez-Diaz, Esq. receive CM/ECF notice of the ongoing proceedings.

Accordingly, the undersigned counsel requests that Hugo E. Hernandez-Diaz, Esq. be removed from the CM/ECF Service List in this matter.

DATED this 7th day of November, 2023.

WRIGHT, FINLAY & ZAK, LLP

/s/ Stephanie A. Garabedian
Stephanie A. Garabedian, Esq.
Nevada Bar No. 9612
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff/Counterdefendant, Ocwen Loan Servicing, LLC*

**IT IS SO ORDERED.**

Dated this __7th__ day of __November__, 2023.

_____
UNITED STATES MAGISTRATE JUDGE