WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Stephanie A. Garabedian, Esq.
Nevada Bar No. 9612
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(949) 477-5050; Fax: (702) 946-1345
sgarabedian@wrightlegal.net
*Attorneys for Plaintiff/Counterdefendant, Ocwen Loan Servicing, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> FAISSAL AHMEAD, an individual; CORPOLO AVENUE TRUST; TEAL PETALS STREET TRUST; RESOURCES GROUP, LLC a domestic limited liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; a Domestic Non-Profit Corporation; ALESSI & KOENIG, LLC, a Domestic Limited Liability Company; TRIANA HOMEOWNERS ASSOCIATION, a Domestic Non-Profit Corporation; REPUBLIC SILVER STATE DISPOSAL, INC., a Domestic Corporation; DOES I-X and ROES I-X Corporations; <br><br> Defendants. | Case No.: 2:16-cv-02653-APG-NJK <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT TEAL PETALS STREET TRUST'S MOTION TO ALTER OR AMEND ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [ECF No. 140]** <br><br> **(First Request)** |
| TEAL PETALS STREET TRUST, <br><br> Counterclaimant, <br><br> vs. <br><br> OCWEN LOAN SERVICING, LLC, <br><br> Counterdefendant. | |

**STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT TEAL PETALS STREET TRUST'S MOTION TO ALTER OR AMEND ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [ECF No. 140]**

COMES NOW Plaintiff/Counterdefendant, Ocwen Loan Servicing, LLC ("Ocwen") and Defendant/Counterclaimant, Teal Petals Street Trust ("Teal Petals"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On October 5, 2023, and Order Granting Summary Judgment in favor of Ocwen was entered [ECF No. 135];
2. On November 2, 2023, Teal Petals filed its Motion to Alter or Amend Order Granting Plaintiff's Motion for Summary Judgment [ECF No. 140];
3. Stephanie A. Garabedian, Esq., made her first appearance as counsel for Ocwen on November 7, 2023;
4. Ocwen's deadline to respond to Teal Petals' Motion to Alter or Amend is currently November 16, 2023;
5. Ocwen's counsel is requesting a brief extension until Thursday, November 30, 2023, to file its response to the pending Motion to Alter or Amend;
6. This extension is requested to allow counsel for Ocwen additional time to thoroughly review the case history as well as the Motion to Alter or Amend and respond to the points and authorities;
7. Counsel for Teal Petals does not oppose the requested extension;

/./././
/./././
/./././
/./././
/./././
/./././
/./././
/./././
/./././

8. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 15th day of November, 2023. | DATED this 15th day of November, 2023. |
| WRIGHT, FINLAY & ZAK, LLP | LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD. |
| _/s/ Stephanie A. Garabedian_<br>Christina V. Miller, Esq.<br>Nevada Bar No. 12448<br>Stephanie A. Garabedian, Esq.<br>Nevada Bar No. 9612<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>_Attorneys for Plaintiff/Counterdefendant,_<br>_Ocwen Loan Servicing, LLC_ | _/s/ Michael F. Bohn_<br>Michael F. Bohn, Esq.<br>Nevada Bar No.: 1641<br>2260 Corporate Circle, Ste. 480<br>Henderson, NV  89074<br>_Attorneys for Defendant/Counterclaimant,_<br>_Teal Petals Street Trust_ |

**IT IS SO ORDERED.**

Dated this <u>16th</u> day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE