WRIGHT, FINLAY & ZAK, LLP
Yanxiong Li, Esq.
Nevada Bar No. 12807
Stephanie A. Garabedian, Esq.
Nevada Bar No. 9612
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(949) 477-5050; Fax: (702) 946-1345
sgarabedian@wrightlegal.net
*Attorneys for Plaintiff/Counterdefendant, Ocwen Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC,<br><br>   Plaintiff,<br><br>vs.<br><br>FAISSAL AHMEAD, an individual; CORPOLO AVENUE TRUST; TEAL PETALS STREET TRUST; RESOURCES GROUP, LLC a domestic limited liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; a Domestic Non-Profit Corporation; ALESSI & KOENIG, LLC, a Domestic Limited Liability Company; TRIANA HOMEOWNERS ASSOCIATION, a Domestic Non-Profit Corporation; REPUBLIC SILVER STATE DISPOSAL, INC., a Domestic Corporation; DOES I-X and ROES I-X Corporations;<br><br>   Defendants.<br><br>TEAL PETALS STREET TRUST,<br><br>   Counterclaimant,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>   Counterdefendant. | Case No.: 2:16-cv-02653-APG-NJK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT TEAL PETALS STREET TRUST'S MOTION TO ALTER OR AMEND ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [ECF No. 140]**<br><br>**(Second Request)** |

Page 1 of 3

**STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT TEAL PETALS STREET TRUST'S MOTION TO ALTER OR AMEND ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [ECF No. 140]**

COMES NOW Plaintiff/Counterdefendant, Ocwen Loan Servicing, LLC ("Ocwen") and Defendant/Counterclaimant, Teal Petals Street Trust ("Teal Petals" and with Ocwen, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On October 5, 2023, an Order Granting Summary Judgment in favor of Ocwen was entered [ECF No. 135];

2. On November 2, 2023, Teal Petals filed its Motion to Alter or Amend Order Granting Plaintiff's Motion for Summary Judgment [ECF No. 140];

3. Stephanie A. Garabedian, Esq., made her first appearance as counsel for Ocwen on November 7, 2023;

4. Ocwen's deadline to respond to Teal Petals' Motion to Alter or Amend was originally November 16, 2023, but the deadline was extended by two weeks to November 30, 2023, pursuant to the Parties Stipulation to Extend Time [ECF No. 144] and the subsequent Order on said Stipulation [ECF No. 145];

5. Ocwen's counsel is requesting a second extension until Thursday, December 14, 2023, to file its response to the pending Motion to Alter or Amend;

6. This second extension is requested to allow counsel additional time to finish preparing the response and for the appropriate client representatives to review and provide their comments;

7. Counsel for Teal Petals does not oppose the requested extension;

/././
/././
/././
/././
/././
/././
/././

8. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 30th day of November, 2023. | DATED this 30th day of November, 2023. |
| WRIGHT, FINLAY & ZAK, LLP | LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD. |
| /s/ Stephanie A. Garabedian | |
| Christina V. Miller, Esq. | /s/ Michael F. Bohn |
| Nevada Bar No. 12448 | Michael F. Bohn, Esq. |
| Stephanie A. Garabedian, Esq. | Nevada Bar No.: 1641 |
| Nevada Bar No. 9612 | 2260 Corporate Circle, Ste. 480 |
| 7785 W. Sahara Ave., Suite 200 | Henderson, NV 89074 |
| Las Vegas, NV 89117 | *Attorneys for Defendant/Counterclaimant,* |
| *Attorneys for Plaintiff/Counterdefendant,* | *Teal Petals Street Trust* |
| *Ocwen Loan Servicing, LLC* | |

**IT IS SO ORDERED.**

Dated this  1st  day of  December , 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE