```
MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX
Attorney for defendants
Corpolo Avenue Trust; Teal Petals St Trust
and Resources Group, LLC
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC<br><br>Plaintiff,<br><br>vs.<br><br>FAISSAL AHMEAD, an individual; CORPOLO AVENUE TRUST; TEAL PETALS STREET TRUST; RESOURCES GROUP, LLC a domestic Limited Liability Company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; a domestic non-profit corporation; ALESSI & KOENIG, LLC, a domestic Limited Liability Company; TRIANA HOMEOWNERS ASSOCIATION, a domestic non-profit corporation; REPUBLIC SILVER STATE DISPOSAL, INC., a Domestic Corporation, et. al.<br><br>Defendants. | CASE NO.: 2:16-cv-02653-APG-NJK<br><br>**SUBSTITUTION OF ATTORNEYS** |

Defendants, Corpolo Avenue Trust, Teal Petals Street Trust and Resources Group, LLC, hereby substitutes Diana S. Cline, Esq., as its attorney in the above-entitled matter in place and stead of Michael F. Bohn, Esq., of Law Offices of Michael F. Bohn, Esq., Ltd.

DATED this 31st day of March, 2025.

By: _____
Eddie Haddad, pmk for defendants,
Corpolo Avenue Trust, Teal Petals Street Trust
and Resources Group, LLC

1

     Diana S. Cline, Esq., does hereby agree to be substituted in the place of Michael F. Bohn, Esq., as attorney for the defendants, Corpolo Avenue Trust, Teal Petals Street Trust and Resources Group, LLC, in the above entitled matter.

     DATED this 7th day of April, 2025.

                              CLINE LEGAL SOLUTIONS, LLC

                              By:/s/Diana S. Cline, Esq./
                                  Diana S. Cline, Esq.
                                  Nevada Bar No. 10580
                                  7625 Dean Martin Drive, Ste. 110
                                  Las Vegas, Nevada 89139
                                  diana@clinelegalnv.com
                                  (702) 721-9434

     Michael F. Bohn, Esq., consents to the substitution of Diana S. Cline, Esq. as attorney of record for the defendants, Corpolo Avenue Trust, Teal Petals Street Trust and Resources Group, LLC

     DATED this 7th day of April 2025.

                              LAW OFFICES OF
                              MICHAEL F. BOHN, ESQ., LTD.

                              By: / s / Michael F. Bohn, Esq. /
                                  Michael F. Bohn, Esq.
                                  2260 Corporate Circle, Suite 480
                                  Henderson, Nevada 89074

IT IS SO ORDERED.
Dated: April 9, 2025

                              Nancy J. Koppe
                              United States Magistrate Judge